## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

OWEN HARTY, Individually,                     :
                                              :
    Plaintiff,                           :
                                              :
v.                                            :   Case No. 2:17-cv-05255-WB
                                              :
GRANT PLAZA ACQUISITION, L.P., a Delaware     :
limited partnership,                          :
                                              :
    Defendant(s)                         :

## STIPULATION FOR DISMISSAL OF CASE WITH PREJUDICE

Plaintiff and Defendant, by and through their undersigned counsel, hereby move this court

to dismiss the instant action with prejudice pursuant to the provisions of Rule 41.1(b) of the Local

Rules of Civil Procedure of this Court (effective January 1, 1970).

**FOR THE PLAINTIFF**                         **FOR THE DEFENDANT**

By: _____                By: _____

Daniel A. Pallen, Esq                         Andrew N. Howe, Esq.
**THOMAS B. BACON, P.A.**                     **SPRUCE LAW GROUP LLC**
Attorneys-At-Law                              1622 Spruce Street
644 North Mc Donald St.                       Philadelphia, PA 19103
Mt. Dora, FL 32757